# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. CEJAS,<br><br>        Plaintiff,<br><br>  v.<br><br>W. K. MYERS, et al.,<br><br>        Defendant. | CASE NO. 1:12-cv-00271-GBC (PC)<br><br>ORDER STRIKING COMPLAINT AS UNSIGNED<br><br>Doc. 1<br><br>SIGNED COMPLAINT DUE IN 14 DAYS |

      Plaintiff Andrew A. Cejas ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's complaint, filed February 24, 2012. Doc. 1.

      Plaintiff's complaint is unsigned. The Court must strike unsigned filings. Fed. R. Civ. P. 11(a). Accordingly, it is HEREBY ORDERED that Plaintiff's complaint, filed February 24, 2012, is STRICKEN. Plaintiff is ordered to file a signed complaint within fourteen (14) days from the date of service of this order. Failure to file a signed complaint will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   April 17, 2012

UNITED STATES MAGISTRATE JUDGE