1
2
3
4
5              **UNITED STATES DISTRICT COURT**
6                    EASTERN DISTRICT OF CALIFORNIA
7
ANDREW A. CEJAS,                         CASE NO. 1:12-cv-00271-GBC (PC)
8
                        Plaintiff,        ORDER STRIKING COMPLAINT AS
9                                          UNSIGNED
        v.
10                                         Doc. 1
W. K. MYERS, et al.,
11                                         SIGNED COMPLAINT DUE IN 14 DAYS
                        Defendant.
12 _____/
13
14        Plaintiff Andrew A. Cejas ("Plaintiff") is a California state prisoner proceeding pro se in this
15 civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's complaint,
16 filed February 24, 2012. Doc. 1.
17        Plaintiff's complaint is unsigned. The Court must strike unsigned filings. Fed. R. Civ. P.
18 11(a). Accordingly, it is HEREBY ORDERED that Plaintiff's complaint, filed February 24, 2012,
19 is STRICKEN. Plaintiff is ordered to file a signed complaint within fourteen (14) days from the date
20 of service of this order. Failure to file a signed complaint will result in dismissal of this action.
21 IT IS SO ORDERED.
22
Dated:    April 17, 2012
23                                         UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28