# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. CEJAS,<br><br>        Plaintiff,<br><br>  v.<br><br>W. K. MYERS, et al.,<br><br>        Defendant.<br>_____/ | CASE NO. 1:12-cv-00271-GBC (PC)<br><br>ORDER GRANTING MOTION TO AMEND COMPLAINT AND ORDERING PLAINTIFF TO FILE ONE COMPLETE, SIGNED FIRST AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>Doc. 8 |

      On February 24, 2012, Plaintiff Andrew A. Cejas ("Plaintiff"), state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On April 17, 2012, the Court issued an order striking Plaintiff's complaint as unsigned. Doc. 6.[1] On April 25, 2012, Plaintiff filed a complaint but only completed the signature page and referred the Court to his original complaint, which was stricken from the record. Doc. 7. On April 30, 2012, Plaintiff filed a motion to amend his complaint, sending the Court a few pages to supplement his original complaint. Doc. 8. In essence, Plaintiff requests this Court to refer to three documents to constitute the whole of his complaint, including his original unsigned complaint, which was stricken from the record. Docs. 1, 7, 8.

      Pursuant to Local Rule 220, "every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be . . . <u>complete in itself without reference to the prior or superseded pleading</u>. No pleading shall be deemed amended or supplemented until this Rule has been complied with." The Court will grant Plaintiff leave to file

---

[1] The Court must strike unsigned filings. Fed. R. Civ. P. 11(a).

a first amended complaint which is **complete in itself**. The Court does not accept piecemeal complaints.

Accordingly, it is HEREBY ORDERED that Plaintiff is GRANTED leave to file one signed, first amended complaint, **which is complete in itself, and does not refer to any other pleadings**, within **thirty (30) days** from the date of service of this order. **Failure to file a signed complaint will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   May 7, 2012

_____
UNITED STATES MAGISTRATE JUDGE