# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. CEJAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>W.K. MYERS, et al.,<br><br>　　　　Defendants. | 1:12cv00271 AWI DLB PC<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO ANSWER<br><br>(Document 66) |

　　　　Plaintiff Andrew Cejas ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.

　　　　Defendants filed their answer on May 11, 2015.

　　　　On May 26, 2015, Plaintiff filed a pleading entitled, "Plaintiff Answering Defendant Pimentel's Document 59," in which he purports to respond to Defendant Pimentel's answer.

　　　　Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer, absent an order from the Court requiring one. Fed. R. Civ. P. 7(a). In this case, the

///

///

///

1

Court did not order a reply to the answer.  Accordingly, Plaintiff's reply to Defendant Pimentel's answer is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:  **May 27, 2015**                          /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE