# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. CEJAS,<br><br>            Plaintiff,<br><br>      vs.<br><br>W.K. MYERS, et al.,<br><br>            Defendants. | 1:12cv00271 AWI DLB PC<br><br>ORDER STRIKING PLAINTIFF'S REPLIES TO ANSWERS<br><br>(Documents 68 and 69) |

Plaintiff Andrew Cejas ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.

Defendants filed their answers on May 11, 2015.[1]

On May 28 and June 1, 2015, Plaintiff filed documents intending to respond to the answers filed by Defendants Van Leer and Foston.

Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer, absent an order from the Court requiring one. Fed. R. Civ. P. 7(a). In this case, the

///

///

---

[1] Defendants did not file a single answer, but rather seven separate answers.

1

Court did not order a reply to the answers.  Accordingly, Plaintiff's replies to the answers of Defendants Van Leer and Pimentel are HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **June 2, 2015**                                   /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE