# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. CEJAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>W.K. MYERS, et al.,<br><br>　　　　Defendants. | 1:12cv00271 AWI DLB PC<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO ANSWER<br><br>(Document 71) |

Plaintiff Andrew Cejas ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.

Defendant McGee filed an answer on May 11, 2015.[1]

On June 2, 2015, Plaintiff filed a document intending to respond to Defendant McGee's answer.

Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer, absent an order from the Court requiring one. Fed. R. Civ. P. 7(a). In this case, the

///

///

---

[1] Defendants did not file a single answer, but rather seven separate answers.

1

Court did not order a reply to the answers.  Accordingly, Plaintiff's reply to Defendant McGee's answer is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **June 3, 2015**                    /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE