# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. CEJAS, | ) 1:12cv00271 AWI DLB PC |
| Plaintiff, | ) ORDER STRIKING PLAINTIFF'S REPLIES TO ANSWERS |
| vs. | ) (Document 73 and 74) |
| W.K. MYERS, et al., | ) |
| Defendants. | ) |

Plaintiff Andrew Cejas ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.

Defendants Trimbler and Myers filed answers on May 11, 2015.[1]

On June 5, 2015, Plaintiff filed a document intending to respond to Defendants answers.

Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer, absent an order from the Court requiring one. Fed. R. Civ. P. 7(a). In this case, the

///

///

---

[1] Defendants did not file a single answer, but rather seven separate answers.

1

Court did not order a reply to the answers.  Accordingly, Plaintiff's reply to the answers filed by Defendants Trimbler and Myers are HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:  **June 8, 2015**                              /s/ *Dennis L. Beck*
                                                               UNITED STATES MAGISTRATE JUDGE