# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

    Plaintiff,

    vs.

W.K. MYERS, et al.,

    Defendants.

) 1:12cv00271 AWI DLB PC
)
) ORDER STRIKING PLAINTIFF'S
) REPLY TO ANSWER
)
) (Document 76)
)

Plaintiff Andrew Cejas ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.

Defendant Fisher filed an answer on May 11, 2015.[1]

On June 8, 2015, Plaintiff filed a document intending to respond to Defendant's answer.

Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer, absent an order from the Court requiring one. Fed. R. Civ. P. 7(a). In this case, the

///

///

---

[1] Defendants did not file a single answer, but rather seven separate answers.

1

Court did not order a reply to the answers.  Accordingly, Plaintiff's reply to the answer filed by Defendant Fisher is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **June 9, 2015**                            /s/ *Dennis L. Beck*
                                                                        UNITED STATES MAGISTRATE JUDGE