# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. CEJAS,<br><br>            Plaintiff,<br><br>    v.<br><br>MYERS, et al.,<br><br>            Defendants. | Case No. 1:12-cv-00271-AWI-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL<br><br>(Document 124) |

   Plaintiff Andrew A. Cejas ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's Third Amended Complaint for violation of the First Amendment against numerous Defendants.

   On November 12, 2015, Plaintiff filed a one-page document entitled, "Motion to Compel Can Be Disclosed." ECF No. 124, at 1.  The body of the 'motion' contains only legal authority regarding privacy rights.  The filing does not identify any discovery at issue, or any argument as to why any responses are insufficient.  Therefore, the filing is not a motion and is DISREGARDED.

IT IS SO ORDERED.

   Dated:  **November 18, 2015**            /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE

1