RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Jamil Ghannam, SBN 300730

Attorneys for Defendants,
D. FOSTON, R. PIMENTEL and D. VAN LEER

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CEJAS, <br><br> Plaintiff, <br><br> vs. <br><br> W. K. MYERS, et al., <br><br> Defendants. | Case No.: 1:12-cv-00271-AWI-DLB (PC) <br><br> **ORDER ON DEFENDANTS D. FOSTON, R. PIMENTEL AND D. VAN LEER'S REQUEST TO SUPPLEMENT RECORD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendants Foston, Pimentel, and Van Leer are permitted to supplement the record in support of their motion for summary judgment with the custodian of records declaration.

///

///

///

1
2   IT IS SO ORDERED.
3
4        Dated:   **January 15, 2016**            /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28