# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. CEJAS, | Case No. 1:12-cv-00271-AWI-DLB PC |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' REQUEST TO SUPPLEMENT MOTION |
| v. | |
| MYERS, et al., | (Document 140) |
| Defendants. | |

Plaintiff Andrew A. Cejas ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Third Amended Complaint for violation of the First Amendment against numerous Defendants.

Defendants' January 11, 2016, motion for summary judgment is pending.

On January 15, 2016, the Court granted Defendants' January 14, 2016, request to supplement their motion for summary judgment with the declaration of the custodian of records.

On January 25, 2016, the Court received "objections" from Plaintiff. Plaintiff argues that Defendants should not be permitted to supplement the record with additional evidence after the January 11, 2016, dispositive motion deadline. Plaintiff contends that this is a violation of his due process rights.

Defendants supplemented the record to add the declaration of the custodian of records. This document, which Defendants were in the process of obtaining when they filed their motion for summary judgment, has nothing to do with the underlying merits of Plaintiff's action. Rather, the declaration will assist the parties in evaluating the authenticity of certain prison records.

Plaintiff has not been prejudiced in any way and his objections are DISREGARDED.

IT IS SO ORDERED.

Dated: **January 26, 2016**        /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE