# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. CEJAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MYERS, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00271-AWI-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR ORAL ARGUMENT<br><br>(Document 143) |

　　　　Plaintiff Andrew A. Cejas ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's Third Amended Complaint for violation of the First Amendment against numerous Defendants.  Defendants' January 11, 2016, motion for summary judgment is pending.

　　　　On January 29, 2016, Plaintiff filed a motion requesting oral argument for the pending motion for summary judgment.  Local Rule 230(1) provides that all motions in prisoner actions shall be submitted on the record, without oral argument, unless the Court orders otherwise.  The Court finds no reason to depart from this rule.  Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

　　　Dated:　**February 1, 2016**　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1