UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CEJAS, | No. 1:12-cv-00271 AWI DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS MYERS, TRIMBLE, McGEE AND FISHER |
| v. | |
| MYERS, et al., | |
| Defendants. | (Document 174) |

Plaintiff Andrew A. Cejas ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Third Amended Complaint for violation of his First Amendment right to practice his religion against Defendants.

On January 11, 2016, Defendants Myers, Trimble, McGee and Fisher filed a motion for summary judgment.[1] The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2016, the Magistrate Judge issued Findings and Recommendations that Defendants' motion be granted. The Findings and Recommendations were served on Plaintiff

---

[1] Defendants Foston, Van Leer and Pimentel are represented by different counsel and have filed their own motion for summary judgment. The motion was addressed by separate Findings and Recommendations.

1

and contained notice that any objections must be filed within thirty (30) days. Plaintiff filed objections on May 26, 2016. Defendants filed their reply on June 6, 2016.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections and Defendants' reply, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Plaintiff's objections are based mainly on his disagreement with the Magistrate Judge's evidentiary rulings and interpretation of the evidence. As in his opposition to the motion for summary judgment, Plaintiff's arguments remain based on speculation and/or inadmissible hearsay. In fact, the Magistrate Judge addressed many of the arguments that Plaintiff now repeats in his objections. Plaintiff also repeats his arguments related to an equal protection issue, though this claim was dismissed from this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 20, 2016, are adopted in full;
2. The motion for summary judgment filed by Defendants Myers, Trimble, McGee and Fisher (Document 132) is GRANTED;
3. Judgment is ENTERED IN FAVOR of Defendants Myers, McGee, Fisher and Trimble.

IT IS SO ORDERED.

Dated: June 16, 2016

SENIOR DISTRICT JUDGE